**FILED**
Dated: August 15, 2023.
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
By: ___AC___  JA/DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: Grand Jury Proceeding | Case No. 3:23-mj-00101-CLB |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **ORDER TO SEAL** |
| v. | **(Under Seal)** |
| ERMON JAYSON SMARTT, JR., | |
| Defendant. | |

This matter coming before the Court on the Government's Motion to Seal, the basis therein having been considered by the Court, and good cause showing, the Motion is GRANTED.

IT IS HEREBY ORDERED that the affidavit, material witness arrest warrant, the Government's Motion to Seal, and this Order in the above-captioned matter now pending, shall be, and is, SEALED until further Order of the Court.

DATED this 15th day of August, 2023.

_____
HONORABLE CARLA L. BALDWIN
UNITED STATES MAGISTRATE JUDGE

3