FILED

Dated: August 15, 2023.

U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA

By: __AC_____ JA/DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

In re: Grand Jury Proceeding

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERMON JAYSON SMARTT, JR.,

    Defendant.

Case No. 3:23-mj-00101-CLB

**ORDER FOR ARREST OF MATERIAL WITNESS**

**UNDER SEAL**

This matter having come before the Court on the application of the UNITED STATES OF AMERICA for the issuance of an arrest warrant for TIM CRUTCHER, and the Court having found that he is a witness whose testimony is material to a pending indictment in the above-captioned, whose testimony is set for August 31, 2023, at 9:00am, and this action is necessary to guarantee his appearance as a witness due to the impracticability of securing his presence by subpoena and the fact that he has not appeared pursuant to subpoena. Therefore, IT IS HEREBY ORDERED that a warrant of arrest be issued for TIM CRUTCHER, and that he be brought before the Court for further proceedings in accordance with Title 18, United States Code, Sections 3142 and 3144.

DATED this 15th day of August, 2023

_____
CARLA L. BALDWIN
United States Magistrate Judge